# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALEX AND KIRA CHARLTON, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF G.C., A MINOR, | : : : : : | No. 587 MAL 2020 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : | |
| v. | : : : | |
| STEVEN M. TROY, D.O., HAN OB-GYN ASSOCIATES OF DELAWARE COUNTY, HEALTH ACCESS NETWORK, DELAWARE COUNTY MEMORIAL HOSPITAL AND CROZER-KEYSTONE HEALTH SYSTEM, | : : : : : : : | |
| Respondents | : | |
| ALEX AND KIRA CHARLTON, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF G.C., A MINOR, | : : : : : | No. 588 MAL 2020 |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : : | |
| v. | : : : : | |
| STEVEN M. TROY, D.O., HAN OB-GYN ASSOCIATES OF DELAWARE COUNTY, HEALTH ACCESS NETWORK, DELAWARE COUNTY MEMORIAL HOSPITAL AND CROZER-KEYSTONE HEALTH SYSTEM, | : : : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.

  Additionally, Pennsylvania Association of Justice's Application of Amicus Curiae for Leave to File Statement in Support of Allowance of Appeal is **GRANTED**.